## STATE v. JAMES TINDLE, free Negro.

Court of Quarter Sessions.  Kent.  April 28, 1829.

*Stout's Notes.*

*Rogers* [for State].  *P.P.* [for defendant].

In stealing a blanket value [$]1.00

$$\frac{2\text{-fold}}{[\$]2.00}$$

Property of James C. Jackson.

1.  James C. Jackson, sworn.  I lost a woolen blanket the latter part of last October.  James Tindle acknowledged he took it; its worth $1.00.  James Tindle is a free man.  I got my blanket again.

1.  Elijah Douglass, Negro, sworn, witness for defendant.

2.  Nancy Douglass, sworn.

Submitted without argument or charge.  Verdict, guilty.

Judgment, $2—twofold.  Twenty-one lashes.  Pay costs of prosecution.  Sold seven years to any person or persons.